# Supreme Court of Florida

_____

No. SC17-959
_____

**FRANK A. WALLS,**
Appellant,

vs.

**STATE OF FLORIDA,**
Appellee.

[January 22, 2018]

PER CURIAM.

We have for review Frank A. Walls' appeal of the circuit court's order denying Walls' motion filed pursuant to Florida Rule of Criminal Procedure 3.851. This Court has jurisdiction. See art. V, § 3(b)(1), Fla. Const.

Walls' motion sought relief pursuant to the United States Supreme Court's decision in Hurst v. Florida, 136 S. Ct. 616 (2016), and our decision on remand in Hurst v. State (Hurst), 202 So. 3d 40 (Fla. 2016), cert. denied, 137 S. Ct. 2161 (2017). This Court stayed Walls' appeal pending the disposition of Hitchcock v. State, 226 So. 3d 216 (Fla. 2017), cert. denied, 138 S. Ct. 513 (2017). After this

Court decided Hitchcock, Walls responded to this Court's order to show cause arguing why Hitchcock should not be dispositive in this case.

After reviewing Walls' response to the order to show cause, as well as the State's arguments in reply, we conclude that Walls is not entitled to relief. Walls was sentenced to death following a jury's unanimous recommendation for death. Walls v. State, 641 So. 2d 381, 386 (Fla. 1994). Walls' sentence of death became final in 1995. Walls v. Florida, 513 U.S. 1130 (1995). Thus, Hurst does not apply retroactively to Walls' sentence of death. See Hitchcock, 226 So. 3d at 217. Accordingly, we affirm the denial of Walls' motion.

The Court having carefully considered all arguments raised by Walls, we caution that any rehearing motion containing reargument will be stricken. It is so ordered.

LABARGA, C.J., and QUINCE, POLSTON, and LAWSON, JJ., concur.
PARIENTE, J., concurs in result with an opinion.
LEWIS and CANADY, JJ., concur in result.

PARIENTE, J., concurring in result.
    I concur in result because I recognize that this Court's opinion in Hitchcock v. State, 226 So. 3d 216 (Fla. 2017), cert. denied, 138 S. Ct. 513 (2017), is now final. However, I continue to adhere to the views expressed in my dissenting opinion in Hitchcock.

An Appeal from the Circuit Court in and for Okaloosa County,
    William Francis Stone, Judge - Case No. 461987CF000856XXXAXX

James Viggiano, Jr., Capital Collateral Regional Counsel, Maria E. DeLiberato, Julissa Fontán, and Chelsea Ray Shirley, Assistant Capital Collateral Regional Counsel, Middle Region, Temple Terrace, Florida,

    for Appellant

Pamela Jo Bondi, Attorney General, and Charmaine M. Millsaps, Assistant Attorney General, Tallahassee, Florida,

    for Appellee